

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-76,391-07

### IN RE EDWARD LOUIS WOODARD, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 6793 IN THE 506TH DISTRICT COURT
### FROM WALLER COUNTY

*Per curiam*.

### O R D E R

Relator has filed a motion for leave to file an application for a writ of mandamus pursuant to the original jurisdiction of this Court. On October 30, 2013, this Court granted relief pursuant to Relator's application for writ of habeas corpus, setting aside Relator's conviction in cause number 6793 and ordering that Relator be remanded to the custody of the Sheriff of Waller County to answer the charges against him. This Court's opinion ordered the trial court to issue any necessary bench warrant within ten days of the issuance of this Court's mandate.

In this mandamus application, Relator alleges that he was never bench warranted back to Waller County to answer the charges, and suggests that no further action was taken after this Court

set aside his conviction.

Respondent, the Judge of the 506th District Court of Waller County, shall file a response with this Court stating whether Relator was remanded to the custody of the Sheriff of Waller County to answer the charges against him, or whether those charges were dismissed. If the charges were dismissed, the trial court shall supplement the record with a copy of the order dismissing the charges. Respondent's answer shall be submitted within 30 days of the date of this order. This application for leave to file a writ of mandamus will be held in abeyance until Respondent has submitted response.

Filed:          February 6, 2019
Do not publish